228

Toni K. Hatch, Plaintiff-Appellant, *v.* John W. Hatch, Defendant-Appellee.

(No. 58385;

First District (1st Division)—November 19, 1973.

*Rehearing denied December 19, 1973.*

Opinion by Mr. JUSTICE GOLDBERG.

Leon M. Despres and Albert Schwartz, both of Chicago, for appellant.

James T. Friedman, of Friedman, Armstrong & Donnelly, of Chicago, for appellee.